The People of the State of Illinois, defendant in error, v. Ed. Mercer, plaintiff in error.

Opinion filed June 9, 1932.

D. H. Mudge, for plaintiff in error. C. C. Ellison, Special State's Attorney, for defendant in error; Henry B. Eaton and Harry Faulkner, of counsel.

Mr. Justice Fulton delivered the opinion of the court.

G. H. Jacobs, appellant, v. W. G. Frank et al., trading as Friend & Hassler, appellees.

Opinion filed June 9, 1932. Rehearing denied July 27, 1932.

House & House and June C. Smith, for appellant. J. Paul Carter and Farmer & Klingel, for appellee W. G. Frank. Amos W. Tharp and Ralph F. Lesemann, for appellees Lee A. Friend and O. B. Hassler.

Mr. Justice Fulton delivered the opinion of the court.

Lola May Effinger, appellee, v. Henry S. Effinger et al., appellants.

Opinion filed June 9, 1932.

Joyce & Zerweck, for appellants. R. B. Hendricks, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

States Corporation, appellant, v. Southern Illinois and Kentucky Railroad Company, appellee.

Opinion filed June 9, 1932. Rehearing denied July 27, 1932.

George A. Hickman and McKinney, Lynde & Grear, for appellant; Harold W. Hawes and Cornelius Lynde, of counsel. Charles E. Feirich, Moses Pulverman and Edward C. Craig, for appellee; R. V. Fletcher, of counsel.

Mr. Justice Fulton delivered the opinion of the court.